BETTY BASSETT, an Infant, by ELIZABETH D. BASSETT, Her Guardian ad Litem, Respondent, v. LEONARD HILL and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

FRANCES DALZELL, an Infant, by Her Guardian ad Litem, MARGARET DALZELL, Respondent, v. JOSEPH COHEN, Appellant. MARGARET DALZELL, Respondent, v. JOSEPH COHEN, Appellant.— Judgments affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

JOHN STANLEY, Respondent, v. SOLTEN REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. RAFFAELE PRISCO and Others, Defendants, Impleaded with REUBEN L. HASKELL and Another, Appellants.— Orders so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to the defendants, appellants, to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, Merrell, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CORNELIUS RYAN, Appellant.— Judgment affirmed. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

MACGREGOR INSTRUMENT COMPANY, Appellant, v. GEM SURGICAL PRODUCTS Co., INC., and Another, Respondents.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. Cause to be preferred and placed on the day calendar for trial on November 19, 1934. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BERNARD N. DOPIERALSKI, Appellant, v. PIE BAKERIES OF NEW YORK, INC., Defendant, Impleaded with MORRIS GOGOLICK, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and the matter referred to official referee to determine the value of the services and amount of the lien, if any. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., and O'Malley, J., dissent and vote for affirmance.

ANDREW HAMILTON, as Administrator, etc., of DONALD ANDREW HAMILTON, Deceased, Respondent, v. JOSEPH DANNENBERG, Appellant.— Order modified as indicated in order and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Respondent, v. AMORY V. ELIOT and Others, as Executors, etc., of WALTER G. ELIOT, Deceased, Appellants.— Appeal dismissed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of EDWARD M. FRIEDMAN, Respondent, against ABRAHAM KAPLAN and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.